IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOLORES M. MENDELSOHN, | ) |
| Plaintiff, | ) ) ) |
| | ) Cause No. 4:07CV-01204 |
| vs. | ) ) ) |
| SAFECO INSURANCE COMPANY OF ILLINOIS, | ) ) ) |
| Defendant. | ) |

## ORDER

Upon consideration of the parties' Joint Application to Extend ADR Completion,

IT IS HEREBY ORDERED that the deadline for completion of ADR referral is extended to and including _May 9_, 2008.

Dated this _10th_ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE